LARRY H. LUM, ESQ.
Nevada Bar No. 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV 89119
T (702) 727-1400; F (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
kimberly.nelson@wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC
dba The Cosmopolitan of Las Vegas*

## UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE PALOTAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1 LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS, a foreign limited-liability company; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Defendants. | CASE NO.:  2:23-cv-00019-GMN-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Katherine Palotas and Defendant Nevada Property 1, LLC hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

. . .

. . .

. . .

. . .

281869831v.1

IT IS SO STIPULATED:

Dated this 14th day of ~~May~~ June, 2023.

**J. COBURN LAW**

By: /s/ _____
Jaime S. Coburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, # 330
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

Dated this 14th day of ~~May~~ June, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ _____
Larry H. Lum, Esq.
Nevada Bar No. 14914
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Kimberly A. Nelson, Esq.
Nevada Bar No. 15295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Nevada Property 1 LLC d/b/a The Cosmopolitan of Las Vegas*

### ORDER

Upon stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant in the above-captioned action shall be dismissed with prejudice, with each side to bear their own attorney's fees, costs, and interest.

IT IS HEREBY FURTHER ORDERED that all pending hearings are vacated.

DATED:   June 16, 2023

_____
UNITED STATES MAGISTRATE JUDGE

281869831v.1